137 A.3d 572

**Kevin PITTMAN, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

May 23, 2016.

## *ORDER*

PER CURIAM.

AND NOW, this 23rd day of May, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did the Parole Board abuse its discretion by summarily denying petitioner credit against his maximum sentence for time that he spent at liberty on parole following his recommitment as a convicted parole violator?